IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY HARMS,

    Petitioner,

v.                                                                          4:12cv324-WS

KENNETH S. TUCKER,

    Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

    Before the court is the magistrate judge's report and recommendation docketed July 10, 2012. See Doc. 5. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has filed no objections to the report and recommendation.

    The court having reviewed the matter in light of the plaintiff's objections, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order of the court.

    2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings.

Case 5:12-cv-00447-WTH-PRL   Document 7   Filed 08/09/12   Page 2 of 2 PageID 32

Page 2 of 2

DONE AND ORDERED this    9th    day of     August    , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:12cv324-WS